# In the United States Court of Federal Claims

No. 20-1574C
(Filed: November 13, 2020)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CARL E. RODGERS,**

        **Plaintiff,**

        **v.**

**PENNSYLVANIA STATE POLICE et al.,**

        **Defendants.**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF DISMISSAL

On November 12, 2020, Plaintiff inadvertently filed a Complaint in this Court, seeking damages from the Pennsylvania State Police and individual police officers, despite the Complaint's caption indicating it was intended for the United States District Court for the Middle District of Pennsylvania.

Plaintiff's Complaint is dismissed without prejudice. The Clerk of Court is directed to refund Plaintiff his filing fee.

                                              s/Mary Ellen Coster Williams
                                              **MARY ELLEN COSTER WILLIAMS**
                                              **Senior Judge**